## OVERSTREET ELECTRIC CO., INC., Appellant,

v.

## Robert PIRIE, Secretary of the Navy, Appellee.

### No. 01–1022.

United States Court of Appeals, Federal Circuit.

Oct. 9, 2001.

Before MAYER, Chief Judge, NEWMAN, and CLEVENGER, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.